Vincent J. Marella - State Bar No. 57702
    vjm@birdmarella.com
Dorothy Wolpert - State Bar No. 73213
    dw@birdmarella.com
Thomas V. Reichert - State Bar No. 171299
    tvr@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
City of Los Angeles

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER G.L. WALLACE, by and through its Personal Representatives, FAITH EVANS, and VOLETTA WALLACE, FAITH EVANS, individually, VOLETTA WALLACE, individually, CHRISTOPHER JORDAN WALLACE, by and through his mother and Guardian ad Litem, FAITH EVANS; T'YANNA DREAM WALLACE, by and through her mother and Guardian ad Litem, FLORENCE JACKSON, <br><br>            Plaintiffs, <br><br>       vs. <br><br> CITY OF LOS ANGELES, a municipal corporation; RAPHAEL PEREZ aka RAFAEL PEREZ; NINO DURDEN; and DOES 1 through 100, inclusive, <br><br>            Defendants. | CASE NO. CV 07-02956 FMC (RZx) <br><br> [~~Proposed~~] Judgment In Favor of Defendants ~~City of Los Angeles and Rafael Perez~~ <br><br> Honorable Florence-Marie Cooper, Courtroom 750 |

This action came on for hearing before the Court on a Motion for Summary Judgment filed by Defendants City of Los Angeles and Rafael Perez (the "Moving Defendants"). The Court, having read and considered the briefs and evidence

243875.1

Judgment

1  submitted by the parties, deemed this matter appropriate for decision without oral
2  argument, and granted Moving Defendants' motion for summary judgment in an
3  Order filed and entered December 17, 2007.
4    Accordingly, IT IS ORDERED AND ADJUDGED, as to defendants City of
5  Los Angeles, Rafael Perez, and Nino Durden, that the plaintiffs take nothing, that
6  the action be dismissed on the merits with prejudice and that defendants recover
7  their costs from plaintiffs.

DATED: March 21, 2008

_____
Hon. Florence-Marie Cooper
United States District Judge