|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THE ESTATE OF CHRISTOPHER WALLACE, by and through its Personal Representatives, et al., | ) ) ) ) | Case No. 2:07-cv-02956-FMC-RZx |
|---|---|---|
| Plaintiffs, | ) ) ) | AMENDED JUDGMENT IN FAVOR OF DEFENDANTS |
| vs. | ) ) ) | |
| CITY OF LOS ANGELES, et al., | ) ) ) | |
| Defendants. | ) | |

The Court having granted Defendants' Motion for Summary Judgment on December 17, 2007, it is now ORDERED, ADJUDGED AND DECREED as to all Defendants that Plaintiffs take nothing as to their state law claims, Plaintiffs' state law claims are dismissed with prejudice, and that the matter of costs be reserved until such time as the remaining federal claims have been adjudicated.

Dated: May 7, 2008

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER, Judge
UNITED STATES DISTRICT COURT